UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-03470
Maria G. Guerrero, )
) Chapter: 13
) Honorable Janet S. Baer
)
)
)
Debtor(s) )

## AGREED ORDER

This matter coming to be heard on the motion of Ford Motor Credit Company LLC, the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

(1) The restraining provisions of § 362 of the Bankruptcy Code are modified so as to permit Ford Motor Credit Company LLC to take possession and foreclose its security interest in a 2014 Ford Fusion, VIN 3FA6P0K93ER147427.

(2) The restraining provisions of § 1301 of the Bankruptcy Code are modified as to an individual commonly known as Jorge A. Collazo Jr.

(3) Bankruptcy Rule 4001(a)(3) is waived by the Court.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: April 14, 2023

**Prepared by:**

Christopher H. Purcell
Sherman & Purcell, LTD.
112 Cary Street
Cary, Illinois 60013
Phone: (312) 372-1487
shermlaw13@aol.com
Attorney for Ford Motor Credit Company LLC