UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-03470
Maria G. Guerrero, )
) Chapter: 13
) Honorable Janet S. Baer
)
)
Debtor(s) )

## ORDER DENYING CHAPTER 13 FEE APPLICATION

The fee application filed in the above-captioned case by the Debtor's attorney at Docket No. 17 is hereby denied without prejudice for the following reason(s):

☐ Paragraph 6 of Form 2030 Disclosure of Compensation filed by the attorney carves out certain duties that are required under the Court-Approved Retention Agreement.

☐ There are discrepancies in the dollar figures in the documents.

☐ Actual signatures are missing on the Court-Approved Retention Agreement.

☐ The attorney failed to use the correct version of the Court-Approved Retention Agreement (for cases filed after March 15, 2021).

☐ Paragraph 2.D of the Court-Approved Retention Agreement prohibits the attached agreement altering the priority of attorney's fees.

X  Form 2030 Disclosure of Compensation is not attached to the fee application as required. (See Judge Baer's website for more information.)

☐ The signatures for the Debtor and the attorney on the Court-Approved Retention Agreement must appear on the same page as the dollar figures, not on a separate page.

☐ Other:

The Debtor's attorney may refile the fee application in the above-captioned case only if the attorney files amended documents correcting the error(s) outlined above.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 11, 2023